UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25-CR-00115 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ALI MOORE | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

Before this Court is a MOTION TO SUPPRESS [Doc. 20] and AMENDED MOTION TO SUPPRESS [Doc. 32] filed by defendant, Ali Moore.  These motions were referred to United States Magistrate Judge Kayla D. McClusky for report and recommendation.

After an independent review of the record, having considered the OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 42] as well as the RESPONSE by the USA [Doc. 45] this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 41] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendant's MOTION TO SUPPRESS [Doc. 20] and AMENDED MOTION TO SUPPRESS EVIDENCE [Doc. 32] be DENIED.

THUS, DONE AND SIGNED in Chambers on this 23rd day of September 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE