# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:25-00115-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ALI MOORE (01)** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 53] having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of the Defendant Ali Moore and adjudges him guilty of the offenses charged in Counts One and Two of the Indictment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearms and ammunition referenced in the Indictment and/or that were seized in this matter.

Thus done and signed in Chambers on this 12th day of November 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE